

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| JESSICA SONYA GUERRA, | § | No. 08-22-00183-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20210D02664) |
|  | § | |

**O R D E R**

The reporter's record was due to be filed on November 2, 2022. On November 9, 2022, Mary Ann Marin, Official Court Reporter for the 346th District Court of El Paso County, filed a request for extension of time to file the reporter's record advising the Court that she had not received arrangement for the reporter's record. On November 30, 2022, she filed a second letter stating the same. The request for extension of time from the court reporter will remain pending the filing of the findings.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal, whether Appellant has been deprived of a reporter's record, and whether Appellant is entitled to appointment of new counsel or has been deprived of effective assistance of counsel. The trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before December 12, 2022. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before December 22, 2022. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before December 22, 2022.

IT IS SO ORDERED this 30th day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.